UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-23676-CIV-SEITZ/MCALILEY

LAW OFFICES OF TIMOTHY
CARL BLAKE, P.A., ET AL.,

       Plaintiff,

vs.

JCM DISTRIBUTORS, LLC,

       Defendant.
_____/

**FINAL DISMISSAL**

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal [DE-62]. Upon consideration, it is hereby

ORDERED that:

1. This case is DISMISSED with prejudice.

2. All pending motions are DENIED as moot.

3. The parties shall bear their own attorneys' fees and costs.

4. This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 18th day of December, 2017.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

cc:    All counsel of record